UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN EVANINA and MICHAEL EVANINA, | : Civil No. 3:20-CV-00751 |
| Plaintiffs, | : |
| v. | : (JONES, C.J.) |
| | : (SAPORITO, M.J.) |
| THE FIRST LIBERTY INSURANCE CORPORATION, | : |
| Defendant. | : |

## ORDER

**AND NOW**, this 4th day of November, 2020, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The motion for a protective order (Doc. 20) filed by the defendant First Liberty Insurance Corporation is **GRANTED in part** and **DENIED in part**.

2. The motion is **GRANTED** with respect to paragraph 2 (a) through (f) of the Fed. R. Civ. P 30(b)(6) notice of deposition (Doc. 20-1) and paragraph 2 (j) regarding the "household exclusion," the "family car exclusion," and the "unlisted driver exclusion."

3. The motion is **DENIED** with respect to paragraph 2 (g) through (l) and paragraph 2 (j) as it relates to the "regular use exclusion."

4. The deposition shall be scheduled at a time mutually convenient to counsel and the deponent within the next 60 days.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: November 4, 2020